# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL FOLEY,
Appellant,

vs.

PATRICIA FOLEY,
Respondent.

No. 80958

**FILED**

MAY 14 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order entered in a family law matter. Eighth Judicial District Court, Family Court Division, Clark County; Rebecca Burton, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The challenged order strikes several joinders to objections, admonishes appellant, denies a motion for reconsideration, directs appellant to file a financial disclosure form, denies appellant's motion to appoint counsel, denies an objection, and sets a hearing to address contempt for child support. None of these orders is substantively appealable. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-18332

cc: Hon. Rebecca Burton, District Judge, Family Court Division
Michael Foley
Patricia Foley
Eighth District Court Clerk